FILED

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Reverend Howard A. Mathis
6109 High Glen Drive
Lakeland, Florida 33813

        Plaintiff

v.                                        Case No. 8:21 CV 235 T 23 SPF

The City of Lakeland a Florida Municipality
and Mayor William "Bill" Mutz and
Former Commissioner Scott Franklin,
124 Florida Ave S Suite 304 Lakeland, FL 33801
Commissioners Stephanie Madden,
Sara Roberts McCarley, Chad McLeod, Bill Read,
Phillip Walker in Their Individual Capacities,
228 S. Massachusetts Avenue Lakeland, FL 33801
and The City of Lakeland Red Light Camera
Enforcement Agency and Hearing Officers
Joshua K. Brown, Matthew Vaughn
228 S. Massachusetts Avenue Lakeland, FL 33801
and American Traffic Solution
1150 N Alma School Road Mesa, Arizona 85201

        Defendant(s)
_____/

## **COMPLAINT**

### **Nature of Action**

1.     This action is for declaratory relief and damages for due process rights violation, race discrimination and retaliation. This action arises under 42 U.S. Code § 1983, 42 U.S. Code § 1985(3), 42 U.S. Code § 1981(a) and (c), 42 U.S.



1

Code § 2000h–2 and 42 U.S. Code § 2000h–3.

2. The plaintiff allege that, at all times relevant to this action, the defendants has engage in a pattern and practice of violating due process rights and discrimination against Africa-Americans motorist and citizens regarding law enforcement procedures and practices; and in a pattern and practice of retaliation against those who has oppose such injustices.

## Parties

1. Plaintiff Reverend Howard A. Mathis ("Mathis") at all times during this action was an African American, a Florida citizen, a resident of Polk County, Florida and twenty one year of age or older.

2. Defendant the City of Lakeland is a municipal corporation formed under the laws of the State of Florida, is located in Polk County, Florida, and can be served at the City's Clerk Office, 228 S. Massachusetts Avenue Lakeland, FL 33801 through its clerk, Kelly Koos.

3. Defendant Mayor William "Bill" Mutz, an officer of the City of Lakeland, Florida and can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

4. Defendant Former Commissioner Scott Franklin, a former officer of the City of Lakeland, Florida and can be served at 124 Florida Ave S Suite 304 Lakeland, FL 33801

5. Defendant Commissioner Stephanie Madden, an officer of the City of

2

Lakeland, Florida and can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

6. Defendant Commissioner Sara Roberts McCarley, an officer of the City of Lakeland, Florida and can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

7. Defendant Commissioner Bill Read, an officer of the City of Lakeland, Florida and can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

8. Defendant Commissioner Phillip Walker, an officer of the City of Lakeland, Florida and can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

9. Defendant the City of Lakeland Red Light Camera Enforcement Agency, an entity of the City of Lakeland government and can be served at RED LIGHT CAMERA OFFICE 1104 Martin L. King, Jr. Avenue Lakeland, FL 33805.

10. Hearing Officer Joshua K. Brown, can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

11. Hearing Officer Matthew Vaughn, can be served at 228 S. Massachusetts Avenue Lakeland, FL 33801.

12. American Traffic Solution, can be served at 1150 N Alma School

3

Road Mesa, Arizona 85201

## Jurisdiction and Venue

13. This court has jurisdiction over this action pursuant to the provision of 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(1)(2)(3) and (4).

14. Venue for this action lies within the Middle District of Florida because all for the violations and practices describe herein were committed in that district.

## Factual Allegations

15. On September 7, 2018, the City of Lakeland, Florida issued a Notice of Violation (Notice #1241800177155) to Judy Nance Mathis citing her for failure to comply with a steady red signal. She later on September 18, 2018 exercise and exemption under § 316.083(1)(d), Florida Statutes by signing an Affidavit wherein she named the Plaintiff Reverend Howard A. Mathis (Mathis), as having care, custody, or control of the vehicle at the time of the violation.

16. Thereafter, on September 26, 2018, the City of Lakeland, reissued the Notice of Violation to Plaintiff and cited him for failure to comply with a steady red signal in violation of §§ 316.0083, 316.074(1), and 316.075(1)(c)1, Florida Statutes, while driving the vehicle.

17. On December 12, 2018, and administrative hearing on the violation was held. The hearing was presided over by Hearing Officer Matthew J. Vaughn. The hearing officer did not make any factual finds, but upheld the violation.

18.     The Plaintiff filed a Amended Notice of Appeal on January 22, 2019, Case No. C2019CA000784000000. The Honorable Chief Judge Ellen S. Masters issued an Opinion Of The Court on November 18, 2019. The Court found that the Plaintiff was not afforded due process and that the Hearing Officer's decision departed from the essential requirements of the law. *See Attach Exhibit (A)*

19.     The Plaintiff has receive several of these unconstitutional violation over the past years as represented in a public information request. *See Exhibit (B)* The City expressively claims it's all about safety, but the positioning of these Red Light Cameras are not at intersections of the most accident and traffic incidents. Also they streamline who receives violation notification which allow human bias to be implemented.

20.     During a hearing regarding Notice No. #1241800177155, New Case#: 532020AP-001317-0000-00 Plaintiff he was discriminated against by the Violation officer Gordon L. Franz and Hearing Officer Joshua K. Brown. There were two hearings that day which in itself is strange and normally practice is the docket is assigned in alphabetical order.

21.     However Ms. Vicki Wilson (Wilson) went first, who is a white female, admittedly confessed to running the red light, case was dismissed. Even though it required her to file an affidavit pursuant to regarding the owner of the vehicle being decease and upon further investigation doesn't exist.

5

22. Therefore the Traffic Court which is a mere Kangaroo Court that the Hearing Officer is on the City's payroll is no different than the fox guarding the hen house. Violated the law granting Wilson who is a white female a dismissal, while up holding a violation against Plaintiff who is a black male with him denying being responsible for the vehicle own by his spouse or being the driver of the vehicle at the time of the alleged violation.

23. In an earlier date on or around December 28, 2018, Plaintiff had been directed by the Chief Judge of the 10 Circuit Court of Florida to get two certified copies of a Final Order of a Red Light Camera Hearing. Plaintiff as directed by the court went to City Hall to get these documents being he only had a 15 day time frame to do it was harassed, and verbally threaten and Law Enforcement was instructed to be call by Capt. Parker who is white, while he was just properly going about things. *See Exhibit (C)*.

24. Just recently a white mob in protest of a mask mandate stormed the Lakeland City Hall and to it under seize and the Police Department was even called.

## Procedure Allegations

25. On or about December 18, 2018 and at a subsequent meeting to addressed the City Commission to redress the matter of violation of Plaintiff's Constitutional Rights. The City mulled on the opportunity to cure the damage

6

being done to Plaintiff, therefore they were committing misfeasance, malfeasance and nonfeasance. *Pse See the video of that meeting December 18, 2018 available on the internet at https://vimeo.com/channels/1360332/306885931.*

26.   Plaintiff gave notice of intent to sue at this Commission meeting and continued to fight the City in regard to these issues and prevailed with an Opinion and Order of the Court.  *See Attach Exhibit (A)*

## Count One - 
## Violation of Due Process under 42 U.S. Code § 1983

27.   The Plaintiff repeat and reallege all of the allegations set forth in paragraphs 12 - 21.

28.   At all times relevant to this action there was in full force and effect 42 U.S. Code § 1983. Civil action for deprivation of rights.  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or

declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

29. The unlawful actions of the defendants constitute a violation of due process of the 14th Amendment of the Constitution of the United States of America.

30. As a direct and proximate result of defendants' violation of 42 U.S. Code§ 1983 plaintiff has loss business income, loss of earning capacity, damage to his Christian and professional reputation, embarrassment, humiliation and other forms of mental distress.

## Count Two - 
## 42 U.S. Code § 1985

31. The Plaintiff repeat and reallege all of the allegations set forth in paragraphs 12 - 21.

32. At all times relevant to this action there was in full force and effect 42 U.S. Code § 1985 (3) If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or

Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

33. The unlawful actions of the defendants constitute a violation of 42 U.S. Code § 1985(3).

34. As a direct and proximate result of defendants' violation of 42 U.S. Code§ 1985, plaintiff has loss business income, loss of earning capacity, damage to his Christian and professional reputation, embarrassment, humiliation and other forms of mental distress.

### Count Three - Race Discrimination and Retaliation
### 42 U.S. Code § 1981

35. The Plaintiff repeat and reallege all of the allegations set forth in

paragraphs 12 - 21.

36.   At all times relevant to this action there was in full force and effect 42 U.S. Code § 1981(a) All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.  (c) The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

37.   The unlawful actions of the defendants constitute a violation of 42 U.S. Code § 1981(a) and (c).

38.   As a direct and proximate result of defendants' violation of 42 U.S. Code§ 1981 plaintiff has loss business income, loss of earning capacity, damage to his Christian and professional reputation, embarrassment, humiliation and other forms of mental distress.

### Prayer for Relief

39.   WHEFORE premises, considered plaintiff request the following relief:

(a)   a declaratory judgment that the action of defendants described herein constitute an unlawful pattern and practice of violation of due process rights,

discrimination and retaliation;

    (b)    affirmative relief as may be appropriate to remedy defendants' violation of due process rights, discriminatory and retaliatory practices;

    (c)    an award of compensatory damages;

    (d)    an award of prejudgment interest;

    (e)    an award of attorney's fees if applicable if one is retained and cost incurred in the prosecution of this action; and

    (f)    such other relief as this Court may deem appropriate.

## Jury Demand

40.    The plaintiff demand a trial by jury of all issues so triable.

Date January 31, 2021    By: *[signature]*
Reverend Howard A. Mathis  Pro Se
6109 High Glen Drive
Lakeland, Florida 33813
(863) 899-6598